UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OSCAR SANTANA ANA GALLEGOS,

                Petitioner,

            - against -

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/10

10 Civ. 0056 (RMB)

**ORDER**

The Court having examined the motion docketed in this action pursuant to 28 U.S.C. § 2255 on or about January 6, 2010; it is

**ORDERED**, that the Government file a response to the motion by no later than February 12, 2010 and it is further,

**ORDERED**, that Petitioner Oscar Santana Ana Gallegos may reply to the Government's response by no later than March 12, 2010, and it is further,

**ORDERED**, that the Clerk of the Court serve copies of this Order and of the motion, by certified mail upon Preet Bharara, the United States Attorney for the Southern District of New York.

**SO ORDERED.**

Dated: New York, New York
       January 14, 2010

_____
**Hon. Richard M. Berman, U.S.D.J.**